**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **v.** | :   **3:20-CR-18** |
| | :   **(JUDGE MARIANI)** |
| **JOSE VARGAS,** | : |
| | : |
| **Defendant.** | : |

## ORDER

### I. INTRODUCTION

**AND NOW, THIS $\underline{24th}$ DAY OF JUNE 2026**, upon consideration of Defendant's

"Motion for New Trial Pursuant to Rule 33 of the Fed. R. Crim. Code of Proceeding" (Doc.

206), "Motion to Supplement Motion for New Trial Pursuant to Federal Rule of Criminal

Procedure 33" (Doc. 215) and all relevant documents, for the reasons set forth in the

accompanying Memorandum Opinioin, **IT IS HEREBY ORDERED THAT**:

1. The "Motion to Supplement Motion for New Trial Pursuant to Federal Rule of

   Criminal Procedure 33" (Doc. 215) is **GRANTED**;

2. The "Motion for New Trial Pursuant to Rule 33 of the Fed. R. Crim. Code of

   Proceeding" (Doc. 206) is **DENIED**.

Robert D. Mariani
United States District Judge